Good morning, gathering community supporters of American Joy. On behalf of the entire community, I'm Russ Stroup, member of Congressional Organization for Human Rights, and I'd like to introduce you to our important panel. Thank you. This just like Russ Stroup, he is bound to be the type of person that Congress and the National Convention have in mind when it's to take a small measure of each dependent that are easy to address, so that people that are serving different activities that are just caught in these beliefs, that are writing on a big piece of government and it's fruitful, a bit of fun, a bit of sensory, which we think honors the person, and decided to narrow it down to a reduction of the program representing the United States. The phrase, I'll join this community should mean a 15-month reduction in incentives, a simulation of how different members of each community would share the same joy. Probation, also a similar notion, at least, who went for a two-year period, actually recommended that back on a 20-to-30-month reduction and noted that, overall, we get hundreds of million inches of drug biologists being presented at the same time of day-to-day which is always easy. The District Court, however, is agreeing to not use the federal funds for reduction and will follow the two steps that will be required under the Supreme Court's Key to Ability Act. The District Court areas have both said they agree. At their first step, the District Court scales to 2008-D and that's a high, high range that the District Court goes through, so the answer to the order is now in the record. Do you wish to intervene? Do you agree? Do you disagree? Do you agree? Yes, sir. It was provided, presumably, for the purpose of licensing to the public. It is not a matter of just a community meeting. Most of these are just people discussing a conversation. It matters. It is a case for it. There's no way of knowing if it's happened from a public perspective. The District Court actually works in the same kind of range. And it's not standard for the District Court to be able to do that kind of thing. It's a separate range. It's a state, a federal, a state, a public agency that we should have in our jurisdiction to intervene and to make a statement of the sort that we are offering. I don't think there's any reason for us to go ahead and write it again. And the reason why it matters is not because the District Court appreciated or realized that the denial of a reduction was actually a function that's not worth hearing. In the case of a decision that's much higher than the underlying indication, but also having the information that there's a monitor about something that's a crime. Any questions? Anything you'd like to say     I just didn't make my statement. I didn't talk about it. I didn't make my statement. I didn't talk about it. I didn't do anything. I didn't do anything. I just wanted to view       Chris? CHEYENNE D'OCCIO Yes, sir. I did pause here and appreciate that I put a higher number than I as I reached when enforcing the index of disclosure or penal image for different messaging as well as the approach I require to intervene under those 2023DA factors and also to explain under those factors its position and also to explain its position that it's not fair to the parties who need to enter those temperatures in order to actually be able to do that. Yes, sir. I understand you're on the same similar authority as he is and you know we're first welcoming him as he is in the Los Angeles location while he's here on the first day of school which is due to the judge having him which should have explained should have I think acknowledged that it was true in the first year that he was taking a lot of health tests and it showed that he was sincere after his hospitalization and he acknowledged that it was hard for him to be satisfied with the experience that he had before having this opportunity and hoping for members of the community to have the  experience  he got before having  experience and hoping for members of the community to have the same experience that he got before having this experience and hoping for members of the community to  the same experience that he got before having this experience and understanding this message is very important. This is a bonding conversation and I'm hoping that he will be   share this message with you. I'm hoping that he will be able to share this message with you. I'm hoping that he will  able to share this message with you. Thank you. M. Hey,   for coming  Thank you for     have you. I'm going to talk a little bit more about what we're going to do today. I'm going to talk about a   we did last year. We did a project called One Year 7. We want to introduce you to what we're doing. We'll be talking about what we've been            been doing for the last year. We'll be talking about what we've been doing for the three years.  it's not easy to get this information out there. I know it's not easy to easy to    out there. I out there. I know  not easy to get information out there. I must know not easy to
judges: W. Fletcher, Christen, Friedland